1  JEFFERSON B. SESSIONS
   Attorney General
2  United States of America

3
   ELIZABETH A. STRANGE
4  First Assistant United States Attorney
   KATHERINE R. BRANCH
5  Special Attorney
   Arizona State Bar No. 025128
6  40 N. Central Ave., Suite 1800
7  Phoenix, Arizona 85004
   Telephone: 602-514-7762
8  Email: Katherine.Branch@usdoj.gov
   *Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOCORRO COOPER, | Case No: 2:17-cv-02484-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Local Rule IA 11-3, I, Katherine R. Branch, respectfully request that the Court admit me, an attorney employed by the United States of Arizona to practice in this District for the above-captioned case and in all matters in this District during the period of her employment by the United States.

Local Rule IA 11-3 provides:

Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

1

| | |
|---|---|
| 1 | I am an Assistant United States Attorney in the District of Arizona, and have been |
| 2 | appointed as a Special Attorney to defend the United States in the above-captioned matter. |
| 3 | A copy of my Appointment Affidavit is attached hereto as Exhibit A. |


I am an Assistant United States Attorney in the District of Arizona, and have been appointed as a Special Attorney to defend the United States in the above-captioned matter. A copy of my Appointment Affidavit is attached hereto as Exhibit A.

I represent that I am an active member in good standing of the State Bar of Arizona, Bar No. 025128 (*see* Exhibit B), and am admitted to practice in the United States District Court for the District of Arizona, and in the Ninth Circuit Court of Appeals. My contact information is as follows:

> Katherine R. Branch
> Special Attorney
> 40 N. Central Ave., Suite 1800
> Phoenix, Arizona 85004
> Telephone: 602-514-7762
> Facsimile: 602-514-7760
> Email: Katherine.Branch@usdoj.gov

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Accordingly, I respectfully request that the Court admit me, Katherine R. Branch, to practice in the District of Nevada for the duration of my employment by the United States.

Respectfully submitted this 23rd day of January, 2018.

        JEFFERSON B. SESSIONS
        Attorney General

        ELIZABETH A. STRANGE
        First Assistant United States Attorney
        District of Arizona

        */s/ Katherine R. Branch*
        KATHERINE R. BRANCH
        Special Attorney

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE
Dated: January 23, 2018