# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOCORRO COOPER,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | Case No.: 2:17-cv-02484-APG-VCF<br><br>**Order Setting Deadline to File Proposed Joint Pretrial Order** |

   I denied the defendant's motion to dismiss on May 8, 2019. ECF No. 24. Pursuant to the scheduling order, the proposed joint pretrial order was due 30 days after my ruling. ECF No. 18 at 3. More than 30 days have passed but the parties have not filed a proposed joint pretrial order.

   IT IS THEREFORE ORDERED that the parties shall file a proposed joint pretrial order that complies with the Local Rules on or before July 26, 2019.

   DATED this 8th day of July, 2019.

                                                                                    _____
                                                                                    ANDREW P. GORDON
                                                                                    UNITED STATES DISTRICT JUDGE