RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: SMartin@richardharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOCORRO COOPER, individually, | CASE NO.: 2:17-cv-02484-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to and respectfully request that the Court vacate the settlement conference scheduled on September 11, 2019 pursuant to the order issued on July 16, 2019 (ECF No. 31). The parties have elected to conduct a private mediation with Judge

/ / /

/ / /

/ / /

1

Jennifer Togliatti in lieu of settlement conference. The mediation is currently scheduled for October 22, 2019.

DATED this __25th__ day of July, 2019.        DATED this __25th__ day of July, 2019.

/s/ Samantha A. Martin                      /s/ Katherine R. Branch
_____     _____
Samantha A. Martin, Esq.                 Katherine R. Branch, Esq.
Nevada Bar No. 12998                   Arizona Bar No. 025128
**RICHARD HARRIS LAW FIRM**    40 North Central Avenue
801 South Fourth Street                   Suite 1800
Las Vegas, Nevada 89101               Phoenix, Arizona 85004
*Attorneys for Plaintiff*                      *Attorneys for the United States of America*

       IT IS SO ORDERED, that the upcoming settlement conference scheduled for September 11, 2019 is VACATED.

          8-1-2019
     DATED: _____

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE